UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: NOBLE, DAVID M § Case No. 09-10517
      NOBLE, JILL S §
                                                §
                                                §
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

*The Final Report shows receipts of*            $        7,775.26

*and approved disbursements of*                 $            0.00

*leaving a balance of*                          $        7,775.26

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*
            N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH R. VOILAND | $ 1,527.50 | $ 57.14 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

*Other* _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 194,129.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 727.14 | $ 23.19 |
| 2 | CHASE BANK USA | $ 13,624.07 | $ 434.44 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 12,982.72 | $ 413.99 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 2,869.88 | $ 91.51 |
| 5 | PYOD LLC its successors and assigns as assignee of | $ 10,185.30 | $ 324.79 |
| 6 | Great Lakes Educational Loan Service | $ 74,783.61 | $ 2,384.67 |

**UST Form 101-7-NFR (4/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7 | Great Lakes Educational Loan Service | $ 71,209.45 | $ 2,270.70 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 7,747.05 | $ 247.04 |

Late filed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*    *Allowed Amt. of Claim*    *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*    *Claimant*    *Allowed Amt. of Claim*    *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

    The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

    Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    If local court rules so require, the following procedure for objecting must be followed:

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 04/22/2010 in Courtroom 140, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  03/18/2010          By:  /s/JOSEPH R. VOILAND
                                                                 Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: bchavez              Page 1 of 1                  Date Rcvd: Mar 19, 2010
Case: 09-10517                 Form ID: pdf006            Total Noticed: 28
```

The following entities were noticed by first class mail on Mar 21, 2010.
```
db/jdb       +David M Noble,   Jill S Noble,   70 Leadville Lane,   Gilberts, IL 60136-4026
aty          +Douglas W. Worrell,   Douglas Worrell, P.C.,   1625 W. Colonial Parkway,
               Inverness, IL 60067-1220
tr           +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
13702129     +Academic Loan Group/gl,   2401 International Ln,   Madison, WI 53704-3121
13702130      Advanced Commercial Funding Inc,   1805 N Flamingo Ste 336,   Hollywood, FL 33028
13702132     +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
13702133      Blatt, Hasenmiller, Leibsker &Moore,   125 South Wacker Dr,   Suite 400,   Chicago, IL 60606-4440
14176381     +CHASE BANK USA,   PO BOX 15145,   WILMINGTON, DE 19850-5145
13702134     +CarMax Auto Finance,   Attn: Bankruptcy,   Po Box 440609,   Kennesaw, GA 30160-9511
13702135     +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
13702136     +Citi,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
13702137      Citi Mortgage Inc,   Attention:  Bankruptcy Department,   Po Box 79022, Ms322,
               St. Louis, MO 63179
13702139      Dupage County Tax Collector,   PO Box 787,   Wheaton, IL 60187-0787
14477403      FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
13702140     +Frederick J hanna $ Assoc,   1427 Roswell Road,   Marietta, GA 30062-3668
13702141     +Gmac Mortgage,   3451 Hammond Ave,   Waterloo, IA 50702-5300
13780898      Great Lakes Educational Loan Service,   Po Box 8973,   Madison, WI  53708-8973
13702142     +Hsbc/rs,   90 Christiana Rd,   New Castle, DE 19720-3118
13702143     +Indymac Bank,   7700 W Parmer Ln,   Bldg D 2nd Floor,   Austin, TX 78729-8101
13702145     +Key Investment & Management,   1263 S Highland,   Lombard, IL 60148-4516
14197379     +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
13702147     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,   Mail Location CN-W,   425 Walnut St,
               Cincinnati, OH 45202)
13702146     +Unvl/citi,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
13702148     +WFNNB / New York & Company,   Po Box 182273,   Columbus, OH 43218-2273
```

The following entities were noticed by electronic transmission on Mar 19, 2010.
```
13702131     +E-mail/PDF: CBP@AGFINANCE.COM Mar 19 2010 23:13:41     American General Finan,
               575 N Mclean Blvd,   Elgin, IL 60123-3279
14133344      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 19 2010 23:09:44     DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
13702138     +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 19 2010 23:09:44     Discover Financial,
               Attention:  Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
13702144     +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2010 23:21:20     JC Penney,
               Attention:  Bankruptcy Department,   Po Box 103106,   Roswell, GA 30076-9106
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 21, 2010**                    **Signature:**    *Joseph Speetjens*