# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: NOBLE, DAVID M | § | Case No. 09-10517 |
| NOBLE, JILL S | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $564,296.75 | Assets Exempt: $28,965.03 |
| Total Distribution to Claimants: $6,191.28 | Claims Discharged Without Payment: $187,937.94 |
| Total Expenses of Administration: $1,584.64 | |

3) Total gross receipts of $ 7,775.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,775.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,584.64 | 1,584.64 | 1,584.64 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 194,129.22 | 194,129.22 | 6,191.28 |
| **TOTAL DISBURSEMENTS** | $0.00 | $195,713.86 | $195,713.86 | $7,775.92 |

    4) This case was originally filed under Chapter 7 on March 26, 2009.
. The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2010          By: /s/JOSEPH R. VOILAND
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 federal and state tax refunds | 1124-000 | 7,772.72 |
| Interest Income | 1270-000 | 3.20 |
| **TOTAL GROSS RECEIPTS** | | **$7,775.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 1,527.50 | 1,527.50 | 1,527.50 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 57.14 | 57.14 | 57.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,584.64 | 1,584.64 | 1,584.64 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK | 7100-000 | N/A | 727.14 | 727.14 | 23.19 |
| CHASE BANK USA | 7100-000 | N/A | 13,624.07 | 13,624.07 | 434.51 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 12,982.72 | 12,982.72 | 414.05 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,869.88 | 2,869.88 | 91.53 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 10,185.30 | 10,185.30 | 324.84 |
| Great Lakes Educational Loan Service | 7100-000 | N/A | 74,783.61 | 74,783.61 | 2,385.04 |
| Great Lakes Educational Loan Service | 7100-000 | N/A | 71,209.45 | 71,209.45 | 2,271.05 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 7,747.05 | 7,747.05 | 247.07 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 194,129.22 | 194,129.22 | 6,191.28 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-10517  
**Case Name:** NOBLE, DAVID M  
NOBLE, JILL S  
**Period Ending:** 08/14/10

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 03/26/09 (f)  
**§341(a) Meeting Date:** 05/04/09  
**Claims Bar Date:** 09/29/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 131-4 Bristol Lane, Wood | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 70 Leadville, Gilberts IL 60136 | 277,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Amcore xxxx-4666 | 256.72 | 0.00 | DA | 0.00 | FA |
| 5 | Amcore checking xxxx - 8122 | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous household goods and furnishings | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Assorted regular wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding bands and engagement diamond | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Penn-Pacific Life Insurance - Term Face 500,000 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Penn-Pacific Life Insurance - Term Face 1,000,00 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Penn-Pacific Life Insurance - Term Face 500,000 | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | SEP-IRA ING C015921-LM | 15,865.03 | 0.00 | DA | 0.00 | FA |
| 13 | 100% Ownership of "Noble Chiropractic Ltd." Busi | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2002 jaguar X-type 58,000 miles | 5,100.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2005 Chrysler Pacifica 40,000 miles | 9,975.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2008 federal and state tax refunds | 9,000.00 | 7,325.72 | | 7,772.72 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.20 | Unknown |
| 17 | Assets Totals (Excluding unknown values) | **$573,296.75** | **$7,325.72** | | **$7,775.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 15, 2010        **Current Projected Date Of Final Report (TFR):**   March 15, 2010

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-10517  
**Case Name:** NOBLE, DAVID M  
NOBLE, JILL S  
**Taxpayer ID #:** **-***9369  
**Period Ending:** 08/14/10  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****94-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/24/09 | {16} | David Noble | payment of non exempt portion of tax refund | 1124-000 | 7,772.72 | | 7,772.72 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 7,772.77 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,773.09 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,773.41 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,773.72 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,774.03 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,774.35 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,774.67 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,774.97 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,775.26 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 7,775.60 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.20 | | 7,775.80 |
| 04/20/10 | | Wire out to BNYM account 9200******9465 | Wire out to BNYM account 9200******9465 | 9999-000 | -7,775.80 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -7,775.80 | 0.00 | |
| | | | **Subtotal** | | 7,775.80 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,775.80** | **$0.00** | |

{} Asset reference(s)

Printed: 08/14/2010 10:05 AM    V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-10517  
**Case Name:** NOBLE, DAVID M  
NOBLE, JILL S  
**Taxpayer ID #:** **-***9369  
**Period Ending:** 08/14/10

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******94-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9465 | Wire in from JPMorgan Chase Bank, N.A. account ********9465 | 9999-000 | 7,775.80 | | 7,775.80 |
| 04/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.12 | | 7,775.92 |
| 04/27/10 | | To Account #9200******9466 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 7,775.92 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,775.92 | 7,775.92 | $0.00 |
| | | | Less: Bank Transfers | | 7,775.80 | 7,775.92 | |
| | | | **Subtotal** | | 0.12 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.12** | **$0.00** | |

{} Asset reference(s)

Printed: 08/14/2010 10:05 AM    V.12.08

Case 09-10517    Doc 39    Filed 08/25/10    Entered 08/25/10 15:35:11    Desc Main
Document      Page 9 of 9

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-10517  
**Case Name:** NOBLE, DAVID M  
  NOBLE, JILL S  
**Taxpayer ID #:** **-***9369  
**Period Ending:** 08/14/10

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******94-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/10 | | From Account #9200******9465 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 7,775.92 | | 7,775.92 |
| 04/27/10 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,527.50, Trustee Compensation;  Reference: | 2100-000 | | 1,527.50 | 6,248.42 |
| 04/27/10 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $57.14, Trustee Expenses;  Reference: | 2200-000 | | 57.14 | 6,191.28 |
| 04/27/10 | 103 | DISCOVER BANK | Dividend paid 3.18% on $727.14; Claim# 1; Final distribution | 7100-000 | | 23.19 | 6,168.09 |
| 04/27/10 | 104 | CHASE BANK USA | Dividend paid 3.18% on $13,624.07; Claim# 2; Final distribution | 7100-000 | | 434.51 | 5,733.58 |
| 04/27/10 | 105 | PYOD LLC its successors and assigns as assignee of | Dividend paid 3.18% on $12,982.72; Claim# 3; Final distribution | 7100-000 | | 414.05 | 5,319.53 |
| 04/27/10 | 106 | PYOD LLC its successors and assigns as assignee of | Dividend paid 3.18% on $2,869.88; Claim# 4; Final distribution | 7100-000 | | 91.53 | 5,228.00 |
| 04/27/10 | 107 | PYOD LLC its successors and assigns as assignee of | Dividend paid 3.18% on $10,185.30; Claim# 5; Final distribution | 7100-000 | | 324.84 | 4,903.16 |
| 04/27/10 | 108 | Great Lakes Educational Loan Service | Dividend paid 3.18% on $74,783.61; Claim# 6; Final distribution | 7100-000 | | 2,385.04 | 2,518.12 |
| 04/27/10 | 109 | Great Lakes Educational Loan Service | Dividend paid 3.18% on $71,209.45; Claim# 7; Final distribution | 7100-000 | | 2,271.05 | 247.07 |
| 04/27/10 | 110 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 3.18% on $7,747.05; Claim# 8; Final distribution | 7100-000 | | 247.07 | 0.00 |

|  |  | Receipts | Disbursements |  |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 7,775.92 | 7,775.92 | $0.00 |
| Less: Bank Transfers | | 7,775.92 | 0.00 | |
| **Subtotal** | | 0.00 | 7,775.92 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $7,775.92 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****94-65** | 7,775.80 | 0.00 | 0.00 |
| **MMA # 9200-******94-65** | 0.12 | 0.00 | 0.00 |
| **Checking # 9200-******94-66** | 0.00 | 7,775.92 | 0.00 |
| | $7,775.92 | $7,775.92 | $0.00 |

{} Asset reference(s)

Printed: 08/14/2010 10:05 AM    V.12.08